THOMAS GORE ET AL. *v.* PEOPLE'S
SAVINGS BANK ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 35 Conn. App. 126 (AC 12203), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the defendants' violation of General Statutes §§ 47a-7 and 47a-8 or 47a-54f (b) imposed strict liability on the defendants for the minor plaintiff's injuries?

"2. What is the effect of the enactment of Public Acts 1994, No. 94-220 (11), on the liability of the defendants in this case?"

The Supreme Court docket number is SC 15042.

*Lawrence F. Reilly,* in support of the petition.

Decided September 20, 1994

MARTIN J. SULLIVAN *v.* NAMEAUG WALK-IN
MEDICAL CENTER, P.C.

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 185 (AC 12498), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the defendant's failure to pay rent did not provide a basis for summary process under General Statutes § 47a-23 (a) (1) (E)?"

The Supreme Court docket number is SC 15047.

*Penny Q. Seaman* and *Joaquina Borges King,* in support of the petition.

*Bruce L. Elstein,* in opposition.

Decided September 20, 1994